UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRANDON TERRELL RAMSEY,
    Petitioner,

vs.                                                           Case No.:  5:20cv302/TKW/EMT

RICKY D. DIXON,
    Respondent.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 33) and Petitioner's objections (Doc. 38).  I reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, I fully agree with the magistrate judge's analysis and recommended disposition of this case.  Accordingly, it is

**ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The amended petition for writ of habeas corpus (Doc. 10) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

    4.    The Clerk shall enter judgment in accordance with this order and close the case file.

**DONE and ORDERED** this 11th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**